UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

DAYAN LOPEZ PEREZ,

                Petitioner,

v.                                    No. 6:26-CV-00137-H

WARDEN, EDEN DETENTION
CENTER,

                Respondent.

## **ORDER**

Petitioner filed a motion for default judgment. Dkt. No. 15. As explained below, the Court denies the motion as frivolous.

Petitioner alleges that the Respondent failed to respond to his petition on time and asks the Court for default judgment and immediate release. *Id.* But the record shows that Respondent timely filed an answer on April 27, 2026, *see* Dkt. Nos. 7–8, and Petitioner filed a lengthy reply with a memorandum and exhibits in support, Dkt. No. 11. First, default judgment is not appropriate in a habeas proceeding because the failure of a respondent to file a timely answer does not nullify a lawful confinement. *See, e.g.*, *Broussard v. Lippman*, 643 F.2d 1131, 1134 (5th Cir. 1981). So even if the Respondent had failed to respond, Petitioner would not be entitled to default judgment. Thus, the motion for default judgment is denied.

Second, Petitioner's assertion that the Respondent had failed to respond to his petition as of June 8, 2026 is demonstrably false and frivolous. Frivolous filings by prisoners consume inordinate amounts of scarce judicial resources and may result in the delay of the courts' hearing of valid complaints. *See Holloway v. Hornsby*, 23 F.3d 944, 946

(5th Cir. 1994).  Repeated frivolous filings in a particular case can slow the review process and delay the Court in reaching a decision on the merits.  Petitioner is **warned** that if he persists in filing frivolous motions, sanctions may be imposed against him—including monetary sanctions or a complete bar to filing pleadings without leave of the Court.

Briefing is complete in this case, and no further pleadings are required.  Thus, Petitioner's petition under 28 U.S.C. § 2241 remains pending and will be reviewed in due course.

So ordered on June 16, 2026.

James Wesley Hendrix
United States District Judge

2